**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

AMAD ALHAJI FAAL,

*Petitioner*,

v.

KEVIN RAYCRAFT, Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement, *et al.*,

*Respondents*.

Case No. 1:26-cv-701

Judge Jeffery P. Hopkins

## SCHEDULING ORDER

The Court previously ordered the parties to confer and propose a case schedule. Doc. 3. Based on that joint proposal (Doc. 8), the Court sets the following schedule:

**PERTINENT SETTINGS**

- Respondents' Return of Writ due: **September 3, 2026**
- Petitioner's Reply due: **September 17, 2026**

**IT IS SO ORDERED.**

August 25, 2026

Jeffery P. Hopkins
United States District Judge