**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| AMAD ALHAJI FAAL, | : | |
| *Petitioner*, | : | Case No. 1:26-cv-701 |
| v. | : | Judge Jeffery P. Hopkins |
| KEVIN RAYCRAFT, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, *et al.*, | : | |
| *Respondents*. | | |

## ORDER

Petitioner Amad Alhaji Faal, a citizen and native of Sierra Leone, is a United States Immigration and Customs Enforcement detainee currently detained at the Butler County Jail in Butler County, Ohio. Petitioner has filed a Petition for Writ of Habeas Corpus (Doc. 1) pursuant to 28 U.S.C. § 2241. Respondent Butler County Sheriff Richard K. Jones has moved to dismiss the Petition as it pertains to him under Fed. R. Civ. P. 12(b)(6).

Title 28 U.S.C. § 2243 requires the writ or order to show cause to be "directed to the person having custody of the person detained." In the context of a habeas corpus petition filed by a noncitizen detained in a local detention facility contracted by Immigration and Customs Enforcement ("ICE"), it is the Department of Homeland Security ("DHS") Field Director, and not the head of the contracted detention facility, that "has power over" the noncitizen petitioner under 28 U.S.C. § 2243. *Roman v. Ashcroft, et al.*, 340 F.3d 314, 320 (6th Cir. 2003) (citing *Henderson v. INS*, 157 F.3d 106, 122 (2d Cir. 1998)). Sheriff Richard K. Jones is therefore not a properly named Respondent. Accordingly, the Court **GRANTS** the Motion to Dismiss (Doc. 7) and **DISMISSES** the Petition as to him.

**IT IS SO ORDERED.**

October 23, 2026

Jeffery P. Hopkins
United States District Judge